IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY W. CHAPMAN | ) |
| | ) |
| v. | ) NO. 3-11-0504 |
| | ) JUDGE CAMPBELL |
| BANK OF AMERICA, et al. | ) |

ORDER

Pending before the Court is Defendant Bank of America's Motion to Dismiss (Docket No. 6). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is DENIED.

The Court hereby orders the parties to participate in alternative dispute resolution, pursuant to Rules 16.02 - 16.08 of the Local Rules of Court. The Magistrate Judge shall issue all necessary orders to implement the type of alternative dispute resolution he selects as appropriate.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE