UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY W. CHAPMAN | ) | |
| | ) | |
| v. | ) | NO. 3:11-0504 |
| | ) | JUDGE CAMPBELL |
| BANK OF AMERICA, et al. | ) | |

ORDER

Pending before the Court is Defendant Bank of America N.A.'s Motion to Reconsider (Docket No. 23). The Plaintiff shall file a response to the Motion by September 13, 2011.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE