# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

GARY W. CHAPMAN,

        Plaintiff,

v.

BANK OF AMERICA,
NEW YORK BANK OF MELON,
and DOES 1-10,

        Defendants.

CIVIL ACTION
NO. 3:11-cv-00504

NOTICE OF APPEAL

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above styled case, hereby Appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment from an Order Granting Defendants Motion for Summary Judgment entered in this action on the 17th day of September, 2012.

Respectfully Submitted,

*s/John F. HIggins*
JOHN F. HIGGINS BPR# 26845
Attorney for Plaintiff
306 Gay Street, Suite 100
Nashville, Tennessee 37201
Office # (615) 496-1127
Fax #   (615) 254-0263

*s/Jeff Barnes*
Jeff Barnes, Esq. (admitted PHV)
W. J. Barnes, P.A.
9350 Wilshire Boulevard, Suite 308
Beverly Hills, California 90212
Office # (310) 275-5150
Fax # (310) 275-5157

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was sent electronically this 16th day of October, 2012 to the following:

Lauren Paxton Roberts
SunTrust Plaza
401 Commerce Street
Suite 500
Nashville, TN 37219
(615)782-2371-Fax

*s/John F. Higgins*
JOHN F. HIGGINS