# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 05, 2012

Mr. J. Curtis Griner
McGuire Woods
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202

Mr. John F. Higgins
306 Gay Street, Suite 100
Nashville, TN 37201

Re: Case No. 12-6268, *Gary Chapman v. Bank of America, et al*
Originating Case No. : 3:11-cv-00504

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 12-6268
## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
### ORDER

GARY W. CHAPMAN

    Plaintiff - Appellant

v.

BANK OF AMERICA,
  A North Carolina Banking Institution;

DOES 1-10;

BANK OF NEW YORK MELLON,
  a New York banking institution;

and

GREEN HILLS FINANCIAL

    Defendants – Appellees

    Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Form of Appearance was not filed by November 1, 2012.
    The Civil Appeal Statement of Parties & Issues was not filed by November 1, 2012.
    The Disclosure of Corporate Affiliations & Financial Interest was not filed by November 1, 2012.
    The Transcript Order was not filed by November 1, 2012.

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                             **ENTERED PURSUANT TO RULE 45(a),**
                             **RULES OF THE SIXTH CIRCUIT**
                             Deborah S. Hunt, Clerk

Issued: November 05, 2012