## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 02, 2013

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 12-6268, *Gary Chapman v. Bank of America, et al*
Originating Case No. : 3:11-cv-00504

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. William Jeffrey Barnes
Mr. J. Curtis Griner
Ms. Lauren Paxton Roberts

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 12-6268
_____

Filed: December 02, 2013

GARY W. CHAPMAN

    Plaintiff - Appellant

v.

BANK OF AMERICA, A North Carolina Banking Instition; DOES 1-10; BANK OF NEW YORK MELLON,
 A New York Banking Institution; GREEN HILLS FINANCIAL;

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 11/06/2013 the mandate for this case hereby issues today.

COSTS:  None